The order below is hereby signed.

Signed: March 13, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| SHAWNTE BEST BROADUS, | ) | Case No. 09-0009 |
| | ) | (Chapter 13) |
| Debtor. | ) | **Not for Publication in** |
| | ) | **West's Bankruptcy Reporter** |

<u>MEMORANDUM DECISION AND ORDER STRIKING NOTICE OF FILING EVIDENCE</u>

In what must be described as one of the wackiest filings this court has ever seen, the debtor has filed a "Notice of Filing Evidence" attaching (1) a "Demand for Validation of Subscribed Oath of Office" directed to Cynthia A. Niklas, the chapter 13 trustee in this case, and (2) a "Public Servant's Questionnaire" for Cynthia Niklas, the chapter 13 trustee, to complete (Docket Entry ("DE") No. 49, filed March 5, 2009).

The Demand for Validation of Subscribed Oath of Office is gibberish as to what it seeks and has no basis for being filed under the Bankruptcy Code or Federal Rules of Bankruptcy Procedure.

The Questionnaire elicits from Ms. Niklas information relating to the Privacy Act (5 U.S.C. § 552a) (for example,

asking what Ms. Niklas will do with the information she gathers in this case).  But a chapter 13 trustee is not an agency (see 5 U.S.C. § 552(f)) as a chapter 13 trustee is not part of the executive branch of the government.  It is thus

     ORDERED that the Notice of Filing Evidence and its attachments (DE No. 49) are STRICKEN.  It is further

     ORDERED that the debtor is warned not to file any further frivolous papers in this case.

     [Signed and dated above.]

Copies to: Debtor; Chapter 13 Trustee.